**Order filed February 21, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01144-CV

_____

## 315 VILLAGES OF KINGS LAKE, LTD., NEHC PROPERTIES, INC., ARETE REAL ESTATE AND DEVELOPMENT COMPANY, JOE FOGARTY AND MUDUGANTI J. REDDY, Appellants

## V.

## PROSPERITY BANK, Appellee

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-57012**

## O R D E R

Appellants' brief was due February 14, 2013**.** No brief or motion for extension of time has been filed. Appellants also have not responded to this court's order issued January 29, 2013.

Unless appellants file a motion as required by our January 29, 2013, order and their appellants' brief with the clerk of this court on or before **March 4, 2013**,

the court will consider dismissing the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM